JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fortino Garcia<br><br>   Plaintiff,<br><br>v.<br><br>United States of America, et al<br><br>   Defendants. | Case No. CV 16-00927-AB (MRWx)<br><br>ORDER DISMISSING CIVIL ACTION |

  THE COURT having been advised by counsel that the above-entitled action has been settled;

  IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **  45    days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 8, 2016    _____

              ANDRÉ BIROTTE JR.
              UNITED STATES DISTRICT JUDGE

1.